UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Damon Turnage
                Plaintiff,

v.                                       Case No.: 1:16–cv–11672
                                                  Honorable Sharon Johnson Coleman

Thomas Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 8, 2023:

        MINUTE entry before the Honorable Gabriel A. Fuentes: Settlement conference held on 3/8/23. The parties reached an agreement to settle the matter, subject to county board approval. Settlement status hearing held in open court, with plaintiff attending by video connection and with consent to be on video, and with plaintiff's counsel appearing in person and defense counsel appearing by telephone. At the settlement status hearing, although the recording system failed, the Court proceeded with the hearing, and all counsel made their appearances. The plaintiff confirmed his appearance by video and his consent to video. The Court asked all parties whether it is true that at the settlement conference today, the parties reached an agreement to settle the matter. All counsel and the plaintiff responded affirmatively and thus confirmed that an agreement was reached to settle the matter. The Court thanked counsel and the parties, and the hearing was adjourned. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.