**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAMON TURNAGE, | ) |
| Plaintiff, | ) Case No. 1:16 C 11672 |
| vs. | ) Honorable Sharon Johnson Coleman |
| | ) Honorable Gabriel A. Fuentes |
| THOMAS DART, Sheriff of Cook County and COOK COUNTY, ILLINOIS, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the parties, Plaintiff, Damon Turnage, and Cook County, on behalf of and as indemnitor of Defendants, Sheriff Dart and Cook County, Illinois that the above captioned cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which will automatically convert to a dismissal with prejudice on June 2, 2023.

Date this **9th** day of March 2023

By: _____
Patrick William Morrissey
Thomas Gerard Morrissey
Attorneys for Plaintiff

By: _____
Antonio Lee
Assistant State's Attorney
Attorney for Defendants