# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Damon Turnage

                Plaintiff,

v.                                      Case No.: 1:16–cv–11672
                                               Honorable Sharon Johnson Coleman

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 10, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: In view of the district court's and the parties' stipulated dismissal of the case (converting from without to with prejudice on 6/2/23) (doc. #s [124], [125]), the 4/27/23 status report is vacated and the referral is terminated. Judge Honorable Gabriel A. Fuentes no longer referred to the case. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.